UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vincent Cannady, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>State of Missouri, *et al.*, )<br>)<br>)<br>    Defendants. ) | Case: 1:15-cv-00073<br>Assigned To : Unassigned<br>Assign. Date : 1/15/2015<br>Description: Pro Se Gen. Civil |

<u>MEMORANDUM OPINION</u>

Plaintiff is a resident of El Dorado Springs, Missouri, who purports to bring a class action *pro se*. As a general rule applicable here, a *pro se* litigant can represent only himself in federal court. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel . . . ."); *Georgiades v. Martin–Trigona*, 729 F.2d 831, 834 (D.C. Cir. 1984) (individual "not a member of the bar of any court . . . may appear *pro se* but is not qualified to appear in [federal] court as counsel for others") (citation and footnote omitted); *see also U.S. ex rel. Rockefeller v. Westinghouse Elec. Co.*, 274 F. Supp. 2d 10, 16 (D.D.C. 2003), *aff'd sub nom. Rockefeller ex rel. U.S. v. Washington TRU Solutions LLC*, No. 03-7120, 2004 WL 180264 (D.C. Cir. Jan. 21, 2004) ("[A] class member cannot represent the class without counsel, because a class action suit affects the rights of the other members of the class.") (citing *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975)). Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

DATE: January 13, 2015

United States District Judge